# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DEMARIE L. MACKEY, | ) No. CV 09-3619-DOC (PLA) |
| Petitioner, | ) **JUDGMENT** |
| v. | ) |
| GEORGE NEOTTI, et. al., | ) |
| Respondents. | ) |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed with prejudice.

DATED: November 14, 2009

_/s/ David O. Carter_
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE